THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Respondents, *v.* THE BOARD OF RAILROAD COMMISSIONERS OF THE STATE OF NEW YORK et al., Appellants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES AMM et al., Respondents, *v.* THE BOARD OF RAILROAD COMMISSIONERS OF THE STATE OF NEW YORK et al., Appellants.

*People ex rel. Amm* v. *Board of Railroad Comrs.,* 103 App. Div. 123, affirmed.
(Argued March 1, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, made March 8, 1905, which reversed a determination of the State Board of Railroad Commissioners granting a certificate of con-

venience and necessity under section 59 of the Railroad Law.

*Tracy C. Becker* and *Spencer Clinton* for appellants.

*Simon Fleischmann, Maurice C. Spratt* and *Charles A. Pooley* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.